**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL CASE NO. 3:12-cv-00533-MR
[CRIMINAL CASE NO. 3:07-cr-00286-MR-1]**

| | | |
|---|---|---|
| **MARK STROUD WEDDING,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Government's Motion to Hold in Abeyance [Doc. 5].

For the reasons stated in the Government's Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's Motion [Doc. 5] is **GRANTED**, and this action shall be **HELD IN ABEYANCE** pending rehearing *en banc* of <u>Whiteside v. United States</u>, No. 13-7152, by the Fourth Circuit Court of Appeals.

**IT IS SO ORDERED.**

Signed: July 28, 2014

Martin Reidinger
United States District Judge